# **SECRET**

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JARED T. NEEL, JR.,<br>[DOB: 10/28/2002]<br><br>               Defendant. | Case No.: 23-00227-01-CR-W-SRB<br>**COUNT ONE:**<br>**(*Conspiracy to Traffic Firearms*)**<br>18 U.S.C. §§ 933(a)(1), (3), and (b)<br>NMT: 15 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT TWO:**<br>**(*Trafficking Firearms*)**<br>18 U.S.C. §§ 933(a)(1) and (b)<br>NMT: 15 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT THREE:**<br>*(Possession of a Machine Gun)*<br>18 U.S.C. §§ 922(o) an 924(a)(2)<br>NMT: 10 Years' Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment Per Count of Felony Conviction |

## **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

## **COUNT ONE**
*(Conspiracy to Traffic Firearms)*

Between on or about August 27, 2023, and September 25, 2023, in the Western District of Missouri and elsewhere, defendant JARED T. NEEL, JR., knowingly and intentionally conspired and agreed with others, both known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to another person in or otherwise

affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, §§ 933(a)(1), (3), and (b).

## COUNT TWO
*(Trafficking Firearms)*

On or about the August 28, 2023, in the Western District of Missouri, the defendant, JARED T. NEEL, JR., did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Glock 19, 9mm semi-automatic pistol, bearing serial number RGX667, equipped with an internal device which allows it to function fully atutomatic, to another person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT THREE
*(Possession of a Machine Gun)*

On or about August 28, 2023, in the Western District of Missouri, defendant JARED T. NEEL, JR. knowingly possessed a machine gun, a Glock 19, 9mm semi-automatic pistol, bearing serial number RGX667, equipped with an internal device which allows it to function fully atutomatic.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL.

10/17/2023
DATE

*/s/ Kimberley Deardorff*
FOREPERSON OF THE GRAND JURY

*/s/ Robert Smith*
Robert M. Smith
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri